# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 24-1180            2. DATE DOCKETED: 06-04-2024
3. CASE NAME (lead parties only): The Ethylene Oxide Steril. Ass'n v. U.S. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): 89 Fed. Reg. 24090
   c. Give date(s) of order(s): April 5, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?          By whom?
      Has the agency acted? ☐ Yes ☐ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner The Ethylene Oxide Sterilization Association, Inc.'s (EOSA) members are regulated by the Final Rule at issue and thus have standing to challenge it. See attached Standing Statement.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      California Communities Against Toxics, et al. v. EPA, et al., No. 24-1178 (D.C. Cir.)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.


Signature /s/ Amanda Shafer Berman     Date 7/3/2024
Name of Counsel for Appellant/Petitioner Amanda Shafer Berman
Address 1001 Pennsylvania Ave., NW, Washington D.C. 20001
E-Mail aberman@crowell.com    Phone ( 202 ) 688-3451    Fax ( 202 ) 628-5116

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

**Attachment 6(e): Petitioner's Standing**

The Ethylene Oxide Sterilization Association, Inc. (EOSA) has standing to challenge EPA's final rule entitled *National Emission Standards for Hazardous Air Pollutants: Ethylene Oxide Emissions Standards for Sterilization Facilities Residual Risk and Technology Review*, 89 Fed. Reg. 24090 (Apr. 5, 2024).

EOSA is a nonprofit trade association comprised of the leading experts of the medical device manufacturing and sterilization industry, incorporated in Washington, D.C. EOSA's members include manufacturers of medical devices, emissions control equipment, ethylene oxide (EtO) sterilizers, and EtO detection systems, as well as contract sterilization providers, sterilization consultants, environmental consultants, and EtO suppliers. In 2023, EOSA submitted comments on the proposed rule, explaining the impacts EPA's EtO standards and compliance and monitoring requirements would have on its members, and how those standards could disrupt the medical equipment sterilization industry.[1] Certain individual members of EOSA also submitted comments on the proposed rule.[2]

---

[1] Comments of the Ethylene Oxide Sterilization Association on OAR's Proposed National Emission Standards for Hazardous Air Pollutants: Ethylene Oxide Emissions Standards for Sterilization Facilities Residual Risk and Technology Review (June 27, 2023), EPA-HQ-OAR-2019-0178-0618.

[2] *E.g.*, Comments of Sterigenics U.S., LLC on NESHAP Proposed Rule (July 2, 2023), EPA-HQ-OAR-2019-0178-0632.

1

Many of EOSA's members are directly regulated by the Final Rule and thus are objects of the very governmental regulation at issue. As such, their standing to challenge the Final Rule is self-evident. *Sierra Club v. EPA*, 292 F.3d 895, 899-900 (D.C. Cir. 2002) (citation omitted).

EOSA, in turn, has associational standing to bring this suit on behalf of its regulated members because the interests EOSA seeks to protect are germane to its purposes, and individual member participation is not required because EOSA is seeking equitable relief, not money damages. *See United Food & Commercial Workers Union Local 751 v. Brown Grp., Inc.*, 517 U.S. 544, 553-54 (1996).

EOSA thus has standing to challenge the Final Rule.

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and the Circuit Rules, I hereby certify that have this 3rd day of July, 2024, served a copy of the foregoing document electronically through the Court's CM/ECF system on all registered counsel.

<u>/s/ Amanda Shafer Berman</u>
Amanda Shafer Berman