IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, CLEAN POWER LAKE COUNTY, COMITÉ DIÁLOGO AMBIENTAL, RIO GRANDE INTERNATIONAL STUDY CENTER, and UNION OF CONCERNED SCIENTISTS, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, <br><br> *Respondents*. | No. 24-1178 <br> (Consolidated with 24-1180) |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, and Union of Concerned Scientists make the following disclosures:

**California Communities Against Toxics**

<u>Non-Governmental Corporate Party to this Action</u>: California Communities Against Toxics.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Organized and existing under the laws of California, California Communities Against Toxics is an environmental justice network of member groups that advocates for environmental justice and protection from toxic air pollution in California and nationally. Through public education, advocacy, and community organizing, it aims to reduce individuals' exposure to pollution, to expand knowledge about the effects of toxic chemicals on human health and the environment, and to protect the most vulnerable people from harm.

## Clean Power Lake County

<u>Non-Governmental Corporate Party to this Action</u>: Clean Power Lake County.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: A nonprofit organization headquartered in Highland Park, Illinois, Clean Power Lake County is a community-driven coalition committed to local action to secure environmental, economic, and racial justice. Clean Power Lake County's mission is to ensure clean air, clean water, and healthy soil for every Lake County community member and to achieve the self-determination of those disproportionately impacted by environmental pollution.

## Comité Diálogo Ambiental

<u>Non-Governmental Corporate Party to this Action</u>: Comité Diálogo Ambiental.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Comité Diálogo Ambiental ("Diálogo"), is a community environmental group composed of residents of the Municipality of Salinas and the Guayama Region and organized as a nonprofit corporation under the laws of the Commonwealth of Puerto Rico since 1997. Diálogo's purposes include promoting the general welfare of the communities it serves through education and capacity building of residents to encourage conditions under which human beings and the environment can exist in harmony to fulfill economic, social and other needs of present and future generations.

## Rio Grande International Study Center

<u>Non-Governmental Corporate Party to this Action</u>: Rio Grande International Study Center.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Rio Grande International Study Center ("RGISC," pronounced "risk") is a chartered nonprofit organization headquartered in Laredo, Texas, and founded in January 1994. RGISC is a frontline

3

environmental advocacy group dedicated to using science, data, people power, and creative actions to preserve and protect, among other things, the people of the Rio Grande-Rio Bravo watershed. RGISC pushes for a positive vision of our South Texas border region via research, public awareness campaigns, grassroots building, signature community events, and advocacy for local ordinances and policy making.

## Union of Concerned Scientists

<u>Non-Governmental Corporate Party to this Action</u>: Union of Concerned Scientists.

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: The Union of Concerned Scientists ("UCS") is a national nonprofit organization founded in 1969 by scientists at the Massachusetts Institute of Technology. UCS's mission is to achieve a healthier planet and a safer world by fostering independent, science-based solutions that improve people's lives.

Dated: July 3, 2024

Respectfully submitted,

<u>/s/ Marvin C. Brown IV</u>
Marvin C. Brown IV
Lillian Zhou
Seth L. Johnson
Earthjustice
1001 G Street, NW
Suite 1000
Washington, DC 20001
(202) 667-4500
mcbrown@earthjustice.org

lzhou@earthjustice.org
sjohnson@earthjustice.org

*Counsel for California Communities Against Toxics, Clean Power Lake County, Comité Diálogo Ambiental, Rio Grande International Study Center, and Union of Concerned Scientists*