# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ethylene Oxide Sterilization Association, Ir

v.

U.S. EPA, et al

**Case No:** 24-1180 & 24-1178

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☑ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. EPA

Michael S. Regan, Administrator

### Counsel Information

Lead Counsel: Jeffrey Hammons

Direct Phone: ( 202 ) 598-6925   Fax: (___) ___-___   Email: jeffrey.hammons@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email:

3rd Counsel:

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email:

Firm Name: U.S. Department of Justice, Environment and Natural Resources Division

Firm Address: 150 M St NE, Washington, DC 20002

Firm Phone: (___) ___-___   Fax: (___) ___-___   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)