# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-1178** | **September Term, 2024** |
| | EPA-89FR24090 |
| | **Filed On: March 26, 2025** |

California Communities Against Toxics, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

The Ethylene Oxide Sterilization Association, Inc.,
      Intervenor

------------------------------

Consolidated with 24-1180

      **BEFORE:**   Walker, Pan, and Garcia, Circuit Judges

### O R D E R

      Upon consideration of EPA's motion for voluntary remand and renewed motion to hold cases in abeyance, it is

      **ORDERED**, on the court's own motion, that any responses to EPA's motion be due by Monday, March 31, 2025.

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk